JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOSE LUIS GARZA

## DEFENDANTS
ANDERSON, GREENWOOD & CO.,
a subsidiary of Keystone International, Inc.

(b) County of Residence of First Listed Plaintiff: Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Ruben R. Peña
Law Offices of Ruben R. Peña, P.C.
222 W. Harrison
Harlingen, Texas 78550
(956) 412-8200

Attorneys (If Known)
Judith Batson Sadler
Sadler & Sykes, L.L.P.
50 Briar Hollow Lane, Suite 550E
Houston, Texas 77027
(713) 877-8111

B-01-138

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus | [X] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc Security Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity)

29 U.S.C. §151 et seq. - Plaintiff alleges that he was treated differently in violation of the National Labor Relations Act because of his union activities.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 8/13/01
SIGNATURE OF ATTORNEY OF RECORD: Judith Batson Sadler

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

United States District Court
Southern District of Texas
FILED

AUG 0 9 2001

Michael N. Milby
Clerk of Court



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE LUIS GARZA,** | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. B-01-138 |
| v. | § | |
| | § | |
| **ANDERSON, GREENWOOD &** | § | |
| **CO., a subsidiary of Keystone** | § | |
| **International, Inc.,** | § | **JURY TRIAL DEMANDED** |
| Defendant | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant files this notice of removal under 28 U.S.C. §1446(a).

### A. Introduction

1. Plaintiff is Jose Luis Garza; defendant is Anderson, Greenwood & Co.

2. On July 18, 2001, plaintiff sued defendant for retaliation in the 138th District Court of Cameron County, Texas.

3. Defendant was served with the suit on or about July 20, 2001. Defendant filed this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b).

## B. Basis for Removal

4. Removal is proper because plaintiff's suit involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, plaintiff's claim arises under the National Labor Relations Act, 29 U.S.C. § 151 et seq. Plaintiff alleges that he was treated differently in violation of the National Labor Relations Act because of his union activities.

5. All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). See Exhibit 1 attached.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will file promptly a copy of this notice of removal with the clerk of the state court where the action has been pending.

## C. Jury Demand

8. Plaintiff did demand a jury in the state court action.

## D. Conclusion

9. Defendant request that this action be removed and that it ultimately

be awarded such other and further relief to which it may show itself justly entitled including dismissal of the action.

Respectfully submitted,

*/s/ Judith Batson Sadler*

**Judith Batson Sadler**
Texas State Bar #17511850
Trial Attorney
50 Briar Hollow Lane, Suite 550E
Houston, Texas 77027
(713) 877-8111   Telephone
(713) 877-8188   Facsimile

OF COUNSEL:
**SADLER & SYKES, L.L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the ***Defendant's Notice of Removal*** has been sent to the following by U.S. certified mail, return receipt requested and/or facsimile on this 9th day of August, 2001:

Ruben R. Peña
Law Offices of Ruben R. Peña, P.C.
P. O. Box 530160
232 W. Harrison
Harlingen, Texas 78550
**Attorney for Plaintiff**

*/s/ Judith Batson Sadler*
Judith Batson Sadler

Case 1:01-cv-00138    Document 1    Filed in TXSD on 08/09/2001    Page 5 of 15

ClibPDF - www.fastio.com

CAUSE NO. 2001-07-003172 B

| | | |
|---|---|---|
| JOSE LUIS GARZA, *Plaintiff* | § § § § | IN THE 138th DISTRICT |
| v. | § § | |
| ANDERSON, GREENWOOD & CO. a subsidiary of Keystone International, Inc., *Defendant* | § § § § § | COURT OF<br><br>CAMERON COUNTY, TEXAS |

FILED 9:00 O'CLOCK __ M
AURORA DE LA GARZA DIST. CLERK
JUL 1 6 2001
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JOSE LUIS GARZA, Plaintiff and files this his Original Petition and complains of the Defendant, Anderson, Greenwood & Co. a subsidiary of Keystone International, Inc.

### I.

Discovery is intended to be conducted under Level 2 of Texas Rules of Civil Procedure 190. Plaintiff affirmatively pleas that he seeks monetary relief aggregating more than $50,000.

### II.

Plaintiff, Jose Luis Garza, is a resident of Cameron County, Texas.

Defendant Anderson, Greenwood & Co. is a Texas Corporation and may be served by serving process on its registered agent, Juan Gomez, 3950 Greenbriar, Stafford, Texas 77477.

### III.

### Venue and Jurisdiction

All the events herein occurred in Cameron County, Texas and this Court has jurisdiction

Plaintiff's Original Petition
RRP:ms
garza.jose\pet.org.

-1-

CAUSE NO. 2001-07-003172 B

| | | |
|---|---|---|
| JOSE LUIS GARZA, *Plaintiff* | § § § | IN THE 138th DISTRICT |
| v. | § § | COURT OF |
| ANDERSON, GREENWOOD & CO. a subsidiary of Keystone International, Inc., *Defendant* | § § § § | CAMERON COUNTY, TEXAS |

FILED 9:00 O'CLOCK __ M
AURORA DE LA GARZA DIST. CLERK
JUL 16 2001
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JOSE LUIS GARZA, Plaintiff and files this his Original Petition and complains of the Defendant, Anderson, Greenwood & Co. a subsidiary of Keystone International, Inc.

I.

Discovery is intended to be conducted under Level 2 of Texas Rules of Civil Procedure 190. Plaintiff affirmatively pleas that he seeks monetary relief aggregating more than $50,000.

II.

Plaintiff, Jose Luis Garza, is a resident of Cameron County, Texas.

Defendant Anderson, Greenwood & Co. is a Texas Corporation and may be served by serving process on its registered agent, Juan Gomez, 3950 Greenbriar, Stafford, Texas 77477.

III.

### Venue and Jurisdiction

All the events herein occurred in Cameron County, Texas and this Court has jurisdiction

Plaintiff's Original Petition
RRP:mz
garza.jose\pet.orig

-1-

because the amount exceeds the minimum jurisdictional limits of the Court.

IV.

On or about March of 1995, Plaintiff was employed by the Defendant in its plant located in Cameron County, Texas. During his employment, Plaintiff was a dedicated and loyal employee. After a period of time, employees began discussing organizing a union. The employer's actions in the past indicated that a union was desirable in the workplace. Plaintiff began assisting in organizing activities within the work place. The Defendant was antagonistic to the organizing efforts of the union and of the Plaintiff.

Two months after the union election, Plaintiff was in the course and scope of his employment when unbeknownst to him an employee of a contractor on the Defendant's premises returned after completing its work. While conducting work on behalf of the Defendant, and without warning from his employer or the contractor about the presence of its employee, the Plaintiff inadvertently injured the worker of the contractor. Plaintiff was thereafter suspended and after a five (5) day suspension terminated.

Plaintiff would show that the Defendant's supervisor failed to follow proper procedures in disciplining Plaintiff and treated Plaintiff in a discriminatory manner. Plaintiff was treated differently because of his union activities and because he would be a witness in a worker's compensation claim and/or third party litigation by the injured employee. The Defendant's actions amounted to retaliation for his union activities, his freedom of association under state and federal law, his freedom of speech under state and federal constitutions, as well as his potential as a witness in a worker's compensation claim. The Defendant's actions amount to illegal and unlawful activity under the National Labor Relations Act as applied to union organizing activities.

V.

As a result of the wrongful and illegal actions of the Defendant, Plaintiff has suffered damages in an amount in excess of the jurisdictional limits of this court. Plaintiff has lost wages and benefits, as well as any retirement to which he may have been entitled to.

Plaintiff's Original Petition
RRP:rcz
garza.jose\pet.org.

-2-

## VI.

Plaintiff hereby demands a jury in this case.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff requests the Defendant be cited to appear and answer, and that on hearing Plaintiff be awarded:

1. His lost wages and benefits;
2. Reinstatement to the position he would have held if not for the Defendant's wrongful conduct, and/or front pay;
3. Compensatory damages;
4. Punitive damages;
5. Attorney's fees; and
6. Any and all relief to which Plaintiff is entitled.

Respectfully submitted,

LAW OFFICES OF RUBEN R. PEÑA, P.C.
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
RUBEN R. PEÑA
Federal I.D. No. 1216
State Bar No. 15740900

ATTORNEYS FOR PLAINTIFF

Plaintiff's Original Petition
RRP:ner
garza.joe\pet.orig.

-3-

Citation for Personal Service - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2001-07-003182-B

T H E   S T A T E   O F   T E X A S

    NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ANDERSON, GREENWOOD & CO.
JUAN GOMEZ
3950 GREENBRIAR
STAFFORD, TEXAS 77477

*faxed + mailed - JG*
*leg*
*7/24/01*

**ORIGINAL**

the __DEFENDANT__, GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said __PETITION__ was filed on __JULY 16, 2001__. A copy of same accompanies this citation.

The file number of said suit being No. 2001-07-003182-B.

The style of the case is:

    JOSE LUIS GARZA
    VS.
    ANDERSON, GREENWOOD & CO.

Said petition was filed in said court by __HON. RUBEN R. PENA__ (Attorney for __PLAINTIFF__), whose address is __P.O. BOX 530160 HARLINGEN, TEXAS 78550__.

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 17th day of JULY, A.D. 2001.

    AURORA DE LA GARZA, DISTRICT CLERK
    Cameron County, Texas
    974 E. Harrison St.
    Brownsville, Texas 78521

By: _____, Deputy
RICK M. CORNEJO



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE LUIS GARZA, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. _____ |
| v. § | |
| § | |
| ANDERSON, GREENWOOD & § | |
| CO., a subsidiary of Keystone § | |
| International, Inc., § | JURY TRIAL DEMANDED |
| Defendant § | |

## INDEX OF ALL MATTERS FILED

Cause No. 2001-07-003182-B; *Jose Luis Garza v. Anderson, Greenwood & Co.*; In the 138th District Court of Cameron County, Texas.

## COUNSEL OF RECORD

Attorney for Plaintiff:     Ruben R. Peña
                            Texas Bar No.:  15740900
                            Southern District No.: 1216
                            Law Offices of Ruben R. Peña, P.C.
                            P. O. Box 530160
                            232 W. Harrison
                            Harlingen, Texas 78550
                            (956) 412-8200    Telephone
                            (956) 412-8282    Facsimile

Attorney for Defendant:    Judith Batson Sadler
Texas Bar No.: 17511850
Southern District No.: 9981
Sadler & Sykes, L.L.P.
50 Briar Hollow Lane, Suite 550E
Houston, Texas 77027
(713) 877-8111    Telephone
(713) 877-8188    Facsimile

Respectfully submitted,

*Judith Batson Sadler*

**Judith Batson Sadler**
Texas State Bar #17511850
Trial Attorney
50 Briar Hollow Lane, Suite 550E
Houston, Texas 77027
(713) 877-8111    Telephone
(713) 877-8188    Facsimile

OF COUNSEL:
**SADLER & SYKES, L.L.P.**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to the following by U.S. certified mail, return receipt requested and/or facsimile on this 13th day of August, 2001:

Ruben R. Peña
Law Offices of Ruben R. Peña, P.C.
P. O. Box 530160
232 W. Harrison
Harlingen, Texas 78550
**Attorney for Plaintiff**

*Judith Batson Sadler*
Judith Batson Sadler

3



# AURORA DE LA GARZA
### DISTRICT CLERK
974 E. HARRISON STREET
BROWNSVILLE, TEXAS 78520

COPY

# FAX TRANSMITTAL

Date: 8/13/01

Number of pages including Cover Sheet: 2

**ATTN:** HON. JUDITH SADLER
50 BRIAR HOLLOW
SUITE 550 EAST
HOUSTON, TX. 77027

**PHONE:** (713) 877-8111

**FAX:** (713) 877-8188

**FROM:** ROSA MARIA OCHOA
138TH COURT CLERK

**PHONE:** (956) 544-0838, Ext. _____

**FAX:** (956) 544-0841

**Cause No:** 2001-07-3182-B
**Style:** JOSE LUIS GARZA VS. ANDERSON, GREENWOOD & CO.

## Fees:

| Incoming Fax | | Outgoing Fax | | |
|---|---|---|---|---|
| First Page | $2.00 | First Page | $4.25 | Amount Due: $4.25 |
| Additional Pages | $1.00 each | Additional Pages | $2.25 each | |

## REMARKS:

☐ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please Comment

_____ If there are any problems with this transmission, please contact the telephone number listed above.

# CIVIL DOCKET - JUDGE'S ENTRIES
## RULE 26-TRCP

| RUN DATE | | | | | CASE NO. 2001-07-003182-3 |
| RCN TIME | | | | | DATE OF FILING: MONTH 07 / DAY 16 / YEAR 01 |
| | | | | | PAGE: 01 |

| DATE OF ORDERS | NAME OF PARTIES | ATTORNEYS | KIND OF ACTION |
|---|---|---|---|
| | JOSE LUIS GARZA<br><br>VS<br><br>ANDERSON, GREENWOOD & CO. | 0028580:<br>HON. RUBEN R. PENA<br>P.O. BOX 530160<br>HARLINGEN, TEXAS  78550 0003 | (10)<br>DAMAGES |
| | | COURT'S DOCKET (Rule 26, TRCP) | JURY |