IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



AUG 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS GARZA, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. B-01-138 |
| v. | § | |
| | § | |
| ANDERSON, GREENWOOD & | § | |
| CO., a subsidiary of Keystone | § | |
| International, Inc., | § | JURY TRIAL DEMANDED |
| Defendant | § | |

## DEFENDANT'S ORIGINAL ANSWER

Defendant, Anderson, Greenwood & Co., files this its Original Answer to Plaintiff Jose Luis Garza's Original Petition:

1. Defendant admits that Plaintiff alleges that he seeks monetary relief in excess of $50,000 in Count I of Plaintiff's Original Petition.

2. Defendant is without sufficient knowledge or information to admit or deny the allegations in Count II, paragraph 1 of Plaintiff's Original Petition.

3. Defendant denies that it is a Texas corporation, but admits that Juan Gomez is its registered agent as alleged in Count II, paragraph 2 of Plaintiff's Original Petition.

4. Defendant admits the allegations in Count III, paragraph 1 of Plaintiff's Original Petition.

5. Defendant admits that Plaintiff was employed at its facility in Cameron County, Texas, and that the union began an organizing campaign. Defendant denies the remaining allegations in Count IV, paragraph 1 of Plaintiff's Original Petition.

6. Defendant admits that Plaintiff injured an employee of a third party contractor, that Plaintiff was suspended and was terminated. Defendant denies the remaining allegations in Count IV, paragraph 2 of Plaintiff's Original Petition.

7. Defendant denies the allegations in Count IV, paragraph 3 of Plaintiff's Original Petition.

8. Defendant denies the allegations in Count V, paragraph 1 of Plaintiff's Original Petition.

9. Defendant admits that Plaintiff has demanded a jury trial in Count VI, paragraph 1 of Plaintiff's Original Petition.

10. Defendant denies that Plaintiff is entitled to any relief requested in his Prayer, paragraphs 1-6 of Plaintiff's Original Petition and any allegations not specifically admitted herein.

## AFFIRMATIVE DEFENSES

11. Further Answering, if necessary, Defendant states that Plaintiff's claim is preempted.

12. Further Answering, if necessary, Defendant states that Plaintiff's claim is barred by the applicable statute of limitations.

13. Further Answering, if necessary, Defendant states that Plaintiff has failed to state a claim upon which relief can be granted.

14. Further Answering, if necessary, Defendant states that Plaintiff has failed to mitigate his damages, if any.

15. Defendant reserves its right to amend its answer to allege new applicable defenses as discovery progresses.

Respectfully submitted,

*Judith Batson Sadler*
**Judith Batson Sadler**
Texas State Bar #17511850
Trial Attorney
50 Briar Hollow Lane, Suite 550E
Houston, Texas 77027
(713) 877-8111    Telephone
(713) 877-8188    Facsimile

OF COUNSEL:
**Sadler & Sykes, L.L.P.**

ATTORNEY IN CHARGE FOR
Defendant, Anderson Greenwood & Co.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the ***Defendant's Original Answer*** has been sent to the following by U.S. certified mail, return receipt requested and/or facsimile on this 13th day of August, 2001:

Ruben R. Peña
Law Offices of Ruben R. Peña, P.C.
P. O. Box 530160
232 W. Harrison
Harlingen, Texas 78550
**Attorney for Plaintiff**

*(signature)*
Judith Batson Sadler