4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS GARZA | § | |
| | § | |
| VS. | § | B-01-138 |
| | § | |
| ANDERSON, GREENWOOD & CO. | § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Jose Luis Garza, by and through his undersigned attorney, and files this, and in accordance with the Court's Order of August 18, 2001, hereby files his list of financially interested parties to this litigation:

1. Jose Luis Garza
2. Anderson, Greenwood & Company

WHEREFORE, Plaintiff Jose Luis Garza, hereby prays that the Court take notice of this filing. Additionally, Plaintiff Jose Luis Garza, prays for such other and further relief, at law or in equity, to which he may be justly entitled to receive.

DISCLOSURE OF INTERESTED PARTIES
RRP:nez
garza\joseluisrenedisc.Int.Parties

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
RUBEN R. PEÑA
Federal I.D. No. 1216
State Bar No. 15740900

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Disclosure of Interested Parties has been forwarded, by certified mail, return receipt requested, on this the ___21___ day of August, 2001, to:

Judith Batson Sadler
Sadler & Sykes, L.L.P.
50 Briar Hollow, Suite 550E
Houston, Texas 77027

_____
RUBEN R. PEÑA