


United States District Court
Southern District of Texas
FILED

AUG 3 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Jose Louis Garza**, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-138 |
| | § | |
| **Anderson, Greenwood** | § | |
| **& Company**, | § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE OF PERSONS WITH A FINANCIAL INTEREST IN THE LITIGATION

The following entities have a financial interest in the litigation:

1. Jose Luis Garza
2. <u>Tyco International Ltd.</u>
3. Tyco International (U.S.) Inc.
4. Tyco Flow Control
5. Anderson, Greenwood & Co.

Respectfully submitted,

*Judith Batson Sadler*

**Judith Batson Sadler**
Texas State Bar #17511850
Trial Attorney
50 Briar Hollow Lane, Suite 550E
Houston, Texas 77027
(713) 877-8111    Telephone
(713) 877-8188    Facsimile

**OF COUNSEL:**
**SADLER & SYKES, L.L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to the following by U.S. certified mail, return receipt requested and/or facsimile on this 28th day of August, 2001:

Ruben R. Peña
Law Offices of Ruben R. Peña, P.C.
P. O. Box 530160
232 W. Harrison
Harlingen, Texas 78550
**Attorney for Plaintiff**

_____
Judith Batson Sadler

ClibPDF - www.fastio.com