

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Jose Louis Garza, | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-138 |
| | § | |
| Anderson, Greenwood | § | |
| & Company, | § | |
|   Defendant. | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f)
## FEDERAL RULES OF CIVIL PROCEDURE

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

   The parties met by telephone on Wednesday, October 17, 2001. Mr. Ruben Peña attended on behalf of Plaintiff, Luis Garza, and Ms. Judith Batson Sadler attended on behalf of Defendant, Anderson, Greenwood & Co.

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

   None.

3. **Specify the allegation of federal jurisdiction.**

   29 U.S.C. §151 et seq. Plaintiff alleges that he was treated differently in violation of the National Labor Relations Act because of his union activities.

4. **Name the parties who disagree and the reasons.**

   None.

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   None.

6. **List anticipated interventions.**

   None.

7. **Describe class-action issues.**

   None.

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   Plaintiff and Defendant agree to making their initial disclosures within 30 days from the date of telephonic meeting pursuant to the Rule 26(f).

9. **Describe the proposed agreed discovery plan, including:**

   A. **Responses to all the matters raised in Rule 26(f).**

   With respect to Rule 26(f)(1), please refer to response for 8, supra.

   With respect to Rule 26(f)(2), Plaintiff and Defendants will conduct discovery based upon claims made and defenses asserted in this lawsuit. Plaintiff and Defendants anticipate discovery will be completed within 10 months from the scheduled pre-trial conference of October 31, 2001.

   With respect to Rule 26(f)(3), no changes needed at this time, subject to the arrangements of the parties.

   With respect to Rule 26(f)(4), none at this time.

   B. **When and to whom the plaintiff anticipates it may send interrogatories.**

   Plaintiff anticipates sending a first set of written discovery, consisting of Request for Admissions, Interrogatories, and Request for Document Production, to Defendant no later than November 30, 2001.

2

C. **When and to whom the defendant anticipates it may send interrogatories.**

Defendant anticipates sending a first set of written discovery, consisting of Request for Admissions, Interrogatories, and Request for Document Production, to Plaintiff no later than December 11, 2001.

D. **Of whom and by when the plaintiff anticipates taking oral depositions.**

Plaintiff anticipates taking oral depositions of the corporate representative for the Defendant.

Plaintiff also anticipates that he may need to take additional depositions of witnesses and all employees with knowledge regarding the basis of this lawsuit who may surface during the discovery period.

Plaintiff will take all depositions at a time convenient to both Plaintiff's and Defendant's counsel.

E. **Of whom and by when the defendant anticipates taking oral depositions.**

Defendant anticipates the need to take the deposition of Plaintiff Luis Garza, any persons identified by Plaintiff to have knowledge of the allegations regarding the basis of this lawsuit, and any other persons identified during discovery.

Defendant will take these depositions, and any other additional depositions as the need may arise, at a time convenient to both Plaintiff's and Defendant's counsel.

F. **List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Plaintiff anticipates designating its expert and providing a report no later than 5 months after the scheduled pre-trial conference on October 31, 2001. Plaintiff will depose any expert designated as soon as practicable after Defendant's designation and production of expert report(s).

G. **List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Defendant anticipates designating their responsive expert(s) as soon as practicable, but in any event no later than 60 days after Plaintiff's expert

3

designation and production of Plaintiff's expert's report.

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

   The parties do not anticipate any disagreements regarding the proposed discovery plan.

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

   Plaintiff has served Defendant with Requests for Admissions, Requests for Production and Interrogatories. Defendant anticipates serving Plaintiff with the same type of discovery.

12. **State the date the planned discovery can reasonably be completed.**

   Parties expect discovery to be completed by August 31, 2002.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

   The parties will discuss mediation following preliminary discovery. At this time, the parties are in no position to initiate settlement negotiations.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

   The parties and attorneys have discussed mediation.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.**

   Mediation.

4

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    The parties do not consent to a Magistrate at this time.

17. **State whether a jury demand has been made and if it was made on time.**

    Plaintiff has made a timely jury demand.

18. **Specify the number of hours it will take to present the evidence in this case.**

    The parties believe it will take 24-32 hours or approximately 4 days to present the evidence in this case.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    There are no pending motions at this time.

20. **List other motions pending.**

    There are no pending motions at this time.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

    There are none at this time.

5

**22.   List the names, bar numbers, addresses and telephone numbers of all counsel.**

Attorney for Plaintiff:       Ruben R. Peña
                              Texas Bar No.:  15740900
                              Southern District No.: 1216
                              Law Offices of Ruben R. Peña, P.C.
                              P. O. Box 530160
                              232 W. Harrison
                              Harlingen, Texas 78550
                              (956) 412-8200        Telephone
                              (956) 412-8282        Facsimile

Attorney for Defendant:       Judith Batson Sadler
                              Texas Bar No.: 17511850
                              Southern District No.: 9981
                              Sadler & Sykes, L.L.P.
                              50 Briar Hollow Lane, Suite 550E
                              Houston, Texas 77027
                              (713) 877-8111        Telephone
                              (713) 877-8188        Facsimile

_____        10/17/01
Counsel for Plaintiff                   Date

_____        10/18/01
Counsel for Defendant                   Date

6