7

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

OCT 3 1 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-138                    DATE & TIME: 10-31-01 AT 1:30 P.M.

JOSE LOUIS GARZA                             PLAINTIFF(S)  RUBEN R. PENA
                                             COUNSEL

VS.

ANDERSON, GREENWOOD &                        DEFENDANT(S)  JUDITH BATSON SADLER
COMPANY                                      COUNSEL

---

Attorney Ruben Pena appeared in chambers, attorney Judith Sadler appeared telephonically.

Judge Vela has recused himself from this file. The initial pretrial conference should be re-set after the file has been reassigned.