United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# MEMORANDUM

TO: BUTCH BARBOSA
U.S. DISTRICT CLERK'S OFFICE
BROWNSVILLE, TEXAS

FROM: FILEMON B. VELA
U. S. DISTRICT JUDGE
BROWNSVILLE, TEXAS

DATE: OCTOBER 30, 2001

SUBJECT: RE: C.A. NO. B-01-138
JOSE LOUIS GARZA
VS. ANDERSON, GREENWOOD & COMPANY

I MUST RECUSE MYSELF FROM THIS CASE. PLAINTIFF'S COUNSEL RUBEN R. PENA IS RELATED TO ME BY MARRIAGE.