## Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED
MAR 18 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts   ■ Lehrman |
| DATE | 03 — 18 — 02 |
| TIME | 1:59 p.m. — 2:02 p.m. |
| | 2:17 p.m. — 2:18 p.m. |
| CIVIL ACTION | B — 01 — 138 |
| STYLE | Garza *versus* Anderson Greenwood |

DOCKET ENTRY

(HGT) Initial Pretrial Conference        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):

   Ruben Pena

Attorney(s) for Defendant(s):

   Judith Sadler

☐ ~~Chamber conference held:~~ Comments:

   Wrongful termination based on union activity. Defendants will file a Motion to Dismiss within 45 days (before May 2) based on <u>Garmon</u> preemption. The Court told the parties not to get to close to the trial date with their dispositive motions. The Defendant said they have no problem moving the discovery deadline. The Court instructed the Parties to work out the scheduling and to consider mediation.

   Scheduling order to be submitted.