*11*

# UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

Jose Luis Garza §
versus §
§    CIVIL ACTION B- 01-138
Anderson, Greenwood § §
Company §

## Scheduling Order

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: 4 days.        ☐ Bench  ☑ Jury

2. New parties must be joined by:    5/1/02

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    5/1/02

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    11/29/02  (11/29/02)

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************    The court will provide these dates.    ************************

6. Dispositive Motions will be filed by:    1/29/03

7. Joint pretrial order is due:    3/18/03

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    4/3/03

9. Jury Selection is set for 9:00 a.m. on:    4/7/03

The case will remain on standby until tried.

Signed March 18, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____          _____
Counsel for _Plaintiff_                   Counsel for_____

_Judith Sadler_
_____          _____
Counsel for _Defendant_                   Counsel for_____


_____          _____
Counsel for_____          Counsel for_____