UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

JOSE LUIS GARZA                § 
                               § 
versus                         §   CIVIL ACTION  B-01-138
                               § 
ANDERSON GREENWOOD & CO.       § 

United States District Court
Southern District of Texas
ENTERED
SEP 2 6 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference has been reset for 1:30 p.m. on:  4/7/03

2. Jury selection is reset for 9:00 a.m. on:  4/10/03
   *The case will remain on standby until tried.*

3. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed  September 26 , 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge