ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LOUIS GARZA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-138 |
| | § | |
| ANDERSON, GREENWOOD | § | |
| & COMPANY, | § | |
|     Defendant. | § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now Defendant Anderson, Greenwood & Company, by and through its attorneys and moves this Court for an order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's claims against Defendant. In support of this motion, Defendant would show the court the following:

1. Plaintiff alleges that he was terminated because of his involvement in a labor organization. (See Exhibit 1, Plaintiff's Original Petition, Paragraph 4; and, Exhibit 5, Plaintiff's Answers to Defendant's First Request for Admissions, No. 4, attached hereto.)

2. As such, Plaintiff's claims against Defendant are within the exclusive jurisdiction of the National Labor Relations Board and thus barred.

Defendant's position is more fully set forth in its Memorandum in support of this motion and the exhibits referenced therein and filed with the Court.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant's Motion for Summary Judgment and grant Defendant such other and further relief to which it may be justly entitled.

Respectfully Submitted,

SADLER & SYKES, L.L.P.

**OF COUNSEL:**
**Sadler & Sykes, L.L.P.**

*[signature: Judith Batson Sadler]*

Judith Batson Sadler
Texas State Bar #17511850
Southern District Bar # 9981
50 Briar Hollow Lane, Suite 550E
Houston, Texas 77027
(713) 877-8111     Telephone
(713) 877-8188     Facsimile

ATTORNEY IN CHARGE FOR
Defendant Anderson Greenwood & Co.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the ***Defendant's Motion for Summary Judgment*** has been sent to the following by U.S. certified mail, return receipt requested and/or facsimile on this 14th day of January, 2003:

Ruben R. Peña
Law Offices of Ruben R. Peña, P.C.
P. O. Box 530160
232 W. Harrison
Harlingen, Texas 78550
**Attorney for Plaintiff**

*[signature: Judith Batson Sadler]*

Judith Batson Sadler

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LOUIS GARZA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-138 |
| | § | |
| ANDERSON, GREENWOOD | § | |
| & COMPANY, | § | |
|     Defendant. | § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Judith Batson Sadler, who being duly sworn stated:

1. My name is Judith Batson Sadler. I am an attorney licensed to practice law in Texas and represent Anderson, Greenwood & Co., Defendant in the above-captioned case. I am competent to make this affidavit and have personal knowledge of the facts herein.

2. Attached to this affidavit are true and correct copies of the following documents that are Exhibits to Defendant's Motion for Summary Judgment in the above-captioned case.

    Exhibit 1 - Plaintiff's Original Petition
    Exhibit 2 - July 14, 2000 Incident Investigation
    Exhibit 3 - Employee Warning Record
    Exhibit 4 - July 26, 2000 Personnel Action Form
    Exhibit 5 - Plaintiff's Answers to Defendant's First Request for Admissions

Further affiant sayeth not.

_____
JUDITH BATSON SADLER

Page 1 of 2

SWORN TO AND SUBSCRIBED before me by Judith Batson Sadler on this the 14th day of January, 2003 to certify which witness my hand and official seal.



LISA L. LOVERDI
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Page 2 of 2

# EXHIBIT 1

CAUSE NO. 2001-07-003172 B

| | | |
|---|---|---|
| JOSE LUIS GARZA, *Plaintiff* | § § § | IN THE 138th DISTRICT |
| v. | § § | |
| ANDERSON, GREENWOOD & CO. a subsidiary of Keystone International, Inc., *Defendant* | § § § § | COURT OF |
| | § | CAMERON COUNTY, TEXAS |



FILED 9:00 O'CLOCK __ M
AURORA DE LA GARZA DIST. CLERK
JUL 18 2001
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JOSE LUIS GARZA, Plaintiff and files this his Original Petition and complains of the Defendant, Anderson, Greenwood & Co. a subsidiary of Keystone International, Inc.

### I.

Discovery is intended to be conducted under Level 2 of Texas Rules of Civil Procedure 190. Plaintiff affirmatively pleas that he seeks monetary relief aggregating more than $50,000.

### II.

Plaintiff, Jose Luis Garza, is a resident of Cameron County, Texas.

Defendant Anderson, Greenwood & Co. is a Texas Corporation and may be served by serving process on its registered agent, Juan Gomez, 3950 Greenbriar, Stafford, Texas 77477.

### III.

#### Venue and Jurisdiction

All the events herein occurred in Cameron County, Texas and this Court has jurisdiction

Plaintiff's Original Petition
RRP:ms
garza.jose\pet.orig.

-1-

because the amount exceeds the minimum jurisdictional limits of the Court.

### IV.

On or about March of 1995, Plaintiff was employed by the Defendant in its plant located in Cameron County, Texas. During his employment, Plaintiff was a dedicated and loyal employee. After a period of time, employees began discussing organizing a union. The employer's actions in the past indicated that a union was desirable in the workplace. Plaintiff began assisting in organizing activities within the work place. The Defendant was antagonistic to the organizing efforts of the union and of the Plaintiff.

Two months after the union election, Plaintiff was in the course and scope of his employment when unbeknownst to him an employee of a contractor on the Defendant's premises returned after completing its work. While conducting work on behalf of the Defendant, and without warning from his employer or the contractor about the presence of its employee, the Plaintiff inadvertently injured the worker of the contractor. Plaintiff was thereafter suspended and after a five (5) day suspension terminated.

Plaintiff would show that the Defendant's supervisor failed to follow proper procedures in disciplining Plaintiff and treated Plaintiff in a discriminatory manner. Plaintiff was treated differently because of his union activities and because he would be a witness in a worker's compensation claim and/or third party litigation by the injured employee. The Defendant's actions amounted to retaliation for his union activities, his freedom of association under state and federal law, his freedom of speech under state and federal constitutions, as well as his potential as a witness in a worker's compensation claim. The Defendant's actions amount to illegal and unlawful activity under the National Labor Relations Act as applied to union organizing activities.

### V.

As a result of the wrongful and illegal actions of the Defendant, Plaintiff has suffered damages in an amount in excess of the jurisdictional limits of this court. Plaintiff has lost wages and benefits, as well as any retirement to which he may have been entitled to.

Plaintiff's Original Petition
RRP:rcz
garza.jose\pet.org.

-2-

## VI.

Plaintiff hereby demands a jury in this case.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff requests the Defendant be cited to appear and answer, and that on hearing Plaintiff be awarded:

1. His lost wages and benefits;
2. Reinstatement to the position he would have held if not for the Defendant's wrongful conduct, and/or front pay;
3. Compensatory damages;
4. Punitive damages;
5. Attorney's fees; and
6. Any and all relief to which Plaintiff is entitled.

Respectfully submitted,

LAW OFFICES OF RUBEN R. PEÑA, P.C.
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
RUBEN R. PEÑA
Federal I.D. No. 1216
State Bar No. 15740900

ATTORNEYS FOR PLAINTIFF

Plaintiff's Original Petition
RRP:ner
garza.jose\pet.orig.

-3-

# *EXHIBIT 2*

## INCIDENT INVESTIGATION

| FOR OFFICE USE<br>Classification:<br>(Check all that apply) | ☐ Near Miss<br>☐ First Aid<br>☐ Medical Treatment | ☐ Restricted Duty<br>☐ Lost Workday<br>☐ Property Damage |
|---|---|---|

PRINT OR TYPE ALL ENTRIES

| 1. Injured Employee's Name | 2. Employee Number | 3. Employee's Department | 4. Job Title/Description |
|---|---|---|---|
| Eduardo Bernal | Security International | | Technican |

| 5. Date of Incident: | 6. Time: | 7. Shift: | 8. Date Incident Reported: | 9. Date Report Filed: |
|---|---|---|---|---|
| July 13, '00 | 11:27 ☒AM ☐PM | ☒1st ☐2nd ☐3rd | July 13, '00 | July 14, '00 |

| 10. Date of Birth: | 11. Male ☐ / Female ☒ | 12. Length of Employment: 10 months<br>At Plant: ___<br>Same Occupation: ___<br>Specific Task: ___<br>Contract Labor: ✗ | 13. Exact Location of Incident:<br>West side by overhead door in bar stock | 14. Machine tool, equipment involved:<br>Man lift + Overhead crane |
|---|---|---|---|---|

### 15. PART OF BODY INJURED: (Check all that apply)      INJURED SIDE: ☐ Right  ☐ Left  ☒ Both

1. ☐ Face
2. ☐ Nose
3. ☐ Eye
4. ☐ Chin
5. ☐ Mouth
6. ☐ Skull
7. ☐ Scalp
8. ☐ Ear
9. ☒ Neck
10. ☐ Chest
11. ☒ Shoulder
12. ☐ Lung
13. ☐ Arm
14. ☐ Elbow
15. ☐ Wrist
16. ☐ Hand
17. ☐ Finger
18. ☐ Abdomen
19. ☒ Back
20. ☒ Side
21. ☒ Rib
22. ☐ Groin
23. ☐ Hip/Buttocks
24. ☐ Leg
25. ☐ Thigh
26. ☐ Knee
27. ☐ Ankle
28. ☐ Feet
29. ☐ Toe
30. ☐ Internal
31. ☐ Other

### 16. TYPE OF INJURY: (Check one)

1. ☐ Abrasion
2. ☐ Allergic Reaction
3. ☐ Amputation
4. ☐ Avulsion
5. ☐ Broken/Chipped Teeth
6. ☐ Break/Fracture
7. ☐ Blister
8. ☒ Bruise/Contusion
9. ☐ Chemical Burn
10. ☐ Elec. Burn
11. ☐ Heat Burn
12. ☐ Cartilage/Ligament Damage
13. ☐ Concussion
14. ☐ Dermatitis
15. ☐ Dislocation
16. ☐ Electric Shock
17. ☐ Flash Burn
18. ☐ Foreign Body
19. ☐ Hearing Impairment
20. ☐ Heart Attack
21. ☐ Heat Stress
22. ☐ Infection
23. ☐ Inhalation
24. ☐ Insect Bite
25. ☐ Laceration
26. ☐ Puncture
27. ☐ Cumulative Trauma
28. ☐ Respiratory Condition
29. ☐ Rupture/Hernia
30. ☐ Sprain/Strain
31. ☐ Vision Impairment/Eye Irritation
32. ☐ Other

### 17. TYPE OF INCIDENT: (Check one)

1. ☒ Caught Between
2. ☐ Caught In
3. ☐ Caught On
4. ☐ Exhaustion
5. ☐ Motor Vehicle Accident
6. ☐ Overexertion (Lifting or carrying)
7. ☐ Overexertion (Pushing or pulling)
8. ☐ Repeated Motion
9. ☐ Slip/Trip/Fall (from elevation)
10. ☐ Slip/Trip/Fall (on same level)
11. ☐ Struck Against
12. ☒ Struck By

Contact with or exposure to:

13. ☐ Airborne Dust/Particle/Fiber
14. ☐ Acids/Caustics/Chemicals
15. ☐ Vapors/Mists/Aerosols
16. ☐ Electricity
17. ☐ Cold
18. ☐ Heat
19. ☐ Noise
20. ☐ Welding Flash
21. ☒ Other Overhead Crane / Manlift

18. Describe how the incident occurred. Be as detailed as possible. Give Specific times, exact locations, etc. Continue on separate sheet if necessary. Attach drawings / diagrams which will aid in description of the incident.

Joe Garza was going north with overhead crane. Ed was on top of manlift up in the air pulling wire. The trolley hit Edward causing manlift to tilt and swing back & forth. Upon impact Edward hit the rails on back of his neck. He was also complaining of pain.

| | Department |
|---|---|
| Hernandez / Rick Balderamas | Security Int'l |
| Manlift was swinging — Albert Cabriales + Benito Galinda "CNC" | |

20. WAS THERE ANY PROPERTY DAMAGE? ☒ NO ☐ YES ESTIMATED COST: _____

DESCRIPTION OF DAMAGE: _____

**21. ACTS AND CONDITIONS**  Check all that apply:  x = for primary act or condition  * = for contributing act or condition

| ACTS | | CONDITIONS |
|---|---|---|
| 1. ☐ Bypassing safety devices | 12. ☐ Unsafe operation of vehicle | 1. ☐ Poor layout, arrangement, or construction |
| 2. ☐ Cleaning, clearing, adjusting, repairing, moving equipment | 13. ☐ Unsafe placing, mixing, loading | 2. ☐ Defective equipment, tools, items |
| 3. ☐ Failure to use proper personal protective equipment | 14. ☐ Unsafe position or use of body | 3. ☐ Environment (chemical, dust, vapors, heat, etc.) |
| 4. ☐ Failure to warn before startup | 15. ☐ Unsafe pushing, pulling | 4. ☐ Housekeeping |
| 5. ☐ Horseplay, distraction, teasing | 16. ☐ Unsafe speed | 5. ☐ Illumination |
| 6. ☐ Improper use of equipment, tools, etc. | 17. ☐ Unsafe use of caustics, acids, toxics, flammables, etc. | 6. ☐ Improper, inadequate storage |
| 7. ☐ Improper use of hands, feet, etc. | 18. ☐ Using defective equipment, tools | 7. ☐ Inadequate equipment guards or barriers |
| 8. ☒ Inattention to surroundings, conditions | 19. ☐ Violations of instructions, policies, or procedures | 8. ☐ Noise exposures |
| 9. ☐ Operation without authority | 20. ☐ Wearing unsafe clothing | 9. ☐ Ventilation |
| 10. ☐ Failure to secure | 21. ☐ Other | 10. ☐ Inadequate protective equipment |
| 11. ☐ Unsafe lifting, carrying | | 11. ☐ Inadequate warning system |
| | | 12. ☐ Fire and explosion hazards |
| | | 13. ☒ Other  Crane lockout. |

**22. BASIC CAUSES:** The following Personal and job Factors are considered to be the basic causes of accidents. Keep these factors in mind when formulating recommended corrective actions.

| PERSONAL FACTORS | JOB FACTORS |
|---|---|
| Inadequate knowledge or skill | Inadequate work standards |
| Inadequate physical capability | Inadequate leadership or enforcement |
| Physical stress | Inadequate design or engineering |
| Personal stress | Inadequate maintenance |
| Improper motivation | Inadequate purchasing |
| | Inadequate tools and equipment |
| | Abuse or misuse |

**23. RECOMMENDED CORRECTIVE ACTIONS:** (To eliminate basic causes and prevent recurrences of acts and conditions)

| Item # | Item | Person/Department Responsible | Target Date | Completion Date |
|---|---|---|---|---|
| 1 | Crane lock out | | | |
| | | | | |
| | | | | |
| | | | | |

**24. REVIEW SIGNATURES:**

Employee _____ Date: _____ Witness(es) _____ Date: _____

Supervisor _____ Date: _____ Dept. Mgr. _____ Date: _____

Site Manager _____ Date: _____ Safety Coord. _____ Date: _____

# *EXHIBIT 3*

Case 1:01-cv-00138   Document 13   Filed in TXSD on 01/15/2003   Page 12 of 19

# EMPLOYEE WARNING RECORD

Employee's Name: **Jose Luis Garza #9651**   Title: **Warehouse**
Department: **Bar Stock**   Date: **07/13/00** Time: 11:27 a.m./p.m.

---

Nature of Violation:  ☐ Substandard Work   ☐ Conduct
                     ☐ Carelessness   ☐ Other (explain below)

**On 07/13, while operating the overhead bridge an accident occurred that involved an outside vendor.**

## DEPARTMENT OFFICIAL'S REMARKS

On **07/13,** where you were operating the overhead crane an accident occurred that caused some injury to an outside vendor employee. In accordance with the AGCO Employee Handbook, this is a **Level III violation** which states **Unable to safely or adequately perform assigned tasks and duties for any reason.** A level III violation can result in the following actions: 5 days suspension or discharge. You are hereby suspended until further notice. Your suspension will last until the investigation of the accident is completed and a final report is issued. You will be notified of any subsequent action to be taken by the company as deemed necessary based on the findings of the accident investigation.

---

## EMPLOYEE'S REMARKS REGARDING VIOLATION

**Note:** The Absence of any statement on the part of the employee constitutes his/her agreement with this report as stated by the supervisor.

☑ I have read the above remarks by my supervisor and understand it fully.
☐ I disagree with the contents of this employee warning record and my comments are as stated below: (use the reverse side of this page if necessary)

_____   7-18-2000
Employee's Signature                Date

## ACTION RECOMMENDED BY SUPERVISOR

☐ Written Warning          ☐ Three day suspension without pay
☐ Termination              ☐ Extended probation as stated below
☒ Other— **suspension until further notice.**

_____   7/18/00
Supervisor's Signature              Date

Approved By: _____   Date: 7-18-00
             _____         7/18/00

FORM # 0043
12/01/98 REV A

# EXHIBIT 4

# ANDERSON, GREENWOOD & CO. - HARLINGEN
## Personnel Action Form

**EMPLOYEE NAME:** GARZA, JOSE L

**CURRENT DATA:** ☐
**NEW DATA:** ☐

**FILE #:** 9651

**HR STATUS:**

Code / Description
- 11D – Active FT Direct
- 11I – Active FT Indirect
- 12D – Active PT Direct
- 12I – Active PT Indirect
- 13D – Active Temp Direct
- 13I – Active Temp Indirect
- 21D – LOA Full Time
- 22D – LOA Part Time
- 23D – LOA Temporary
- 31D – Term FT Direct
- 31I – Term FT Indirect
- 32D – Term PT Direct
- 32I – Term PT Indirect
- 33D – Term Temp Direct
- 33I – Term Temp Indirect

**ORGANIZATION:** A6-H
**DEPT. / GL-CC:**

**SHIFT:**

**START / STOP:**

**SUPERVISOR NAME:** VALDEZ, ORBELIO
**SUPERVISOR CODE:**

Code / Description
- AA – General Manager
- BB – Mfg. Support
- A – Production Scheduler
- B – Mfg. Eng./Maintenance Mgr.
- C – (1st Assembly)
- D – (2nd Assembly)
- E – (Pkging 1st & 2nd)
- F – (1st Mfg.)
- G – (2nd Mfg.)
- H – (3rd Mfg.)
- I – Whse. Supvr.
- J – Q.A. Supervisor
- K – Empl. Relations Mgr.

**TITLE:** WAREHOUSE B

**VAC./SVC. DATE:** / /
**DATE HIRED / ORIG.:**

**DATE IN JOB:** / /
**CLOCK # / DEPT.:**

**JOB CODE:** / /

**FLSA:**
- E – Exempt
- N – Non Exempt
- H – Hourly

**EFFECTIVE DATE:**

**SALARY RANGE**
- Minimum $
- Mid Point $
- Maximum $

**Location Code:**
- 001 Houston-Stafford
- 002 Harlingen
- 003 A.G. Safety Sales of Texas
- 100 A.G. Safety Sales, Inc.
- Other:

002

**RATING:**

**INCREASE TYPE: M, P, A**

**BASE PERIOD:** / /
(HR / AN)

**PAY FREQUENCY:**
(W/B)

**BASE AMOUNT:** $

**PAY CODE:** H

**SALARY: GRADE**

**% INCREASE:** %

**INCREASE DATE:** / /

**INCREASE AMOUNT:** $

**COMMENTS:**

**DATE TERMINATED:** 07/26/00

**TERMINATION CODE:** 0023

**DATE REHIRED:** / /

**Termination Codes**
- 0001 Position Discontinued
- 0002 Temporary Layoff
- 0003 Lack of Funds
- 0004 Contract Completion
- 0005 Disciplinary Layoff
- 0006 Reorganization
- 0007 Leave of Absence Expired
- 0020 Not Qualified
- 0021 Excess Absences / Lates
- 0022 Unsatisfactory Performance
- 0023 Misconduct / Rule Violation (circled)
- 0030 Normal Retirement
- 0031 Early Retirement
- 0040 New Job (Competitor)
- 0041 New Job (Non-Competitor)
- 0042 Marriage / Domestic Obligation
- 0043 Dissatisfied with Pay
- 0044 Personal Reason
- 0045 Quit without Notice
- 0046 Relocation
- 0047 Return to School
- 0048 Dissatisfied / Working Conditions
- 0050 Organization Transfer
- 0060 Family Reason
- 0061 Medical – Not Job Related
- 0062 Medical – Job Related
- 0070 Military
- 0080 Death

**Worker's Compensation Code**
- Administrative 8810
- Industrial & Supvr. 3126
- Sales 8742
- Executive 8809

I HEREBY AUTHORIZE THE PAYROLL DEDUCTION SHOWN BELOW AND IN THE EVENT OF THE TERMINATION OF MY EMPLOYMENT FOR ANY REASON I ALSO AUTHORIZE THE REPAYMENT OUT OF ANY SUM DUE ME OF ANY DEBT OWING TO ANDERSON, GREENWOOD & CO.

**DEDUCT** $ PER WEEK IN PAYMENT OF

| SAFETY EQUIP | PAYROLL ADV | TOOLS | OTHER | SIGNATURE | DATE |

**SUPERVISOR:** (signature) DATE 7-26-00
**DEPT. HEAD:** Tom McPherson DATE 7-26-00
**HRD:** Martha Lively DATE 07/26/00
**EMPLOYEE:** ✓ DATE

# *EXHIBIT 5*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS GARZA | § | |
| | § | |
| VS. | § | B-01-138 |
| | § | |
| ANDERSON, GREENWOOD & CO. | § | |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S
FIRST REQUEST FOR ADMISSIONS**

TO:   Anderson, Greenwood & Co. a subsidiary of Keystone International, Inc., by and through its attorneys of record, Judith Batson Sadler, Sadler & Sykes, L.L.P., 50 Briar Hollow, Suite 550E, Houston, Texas 77027.

JOSE LUIS GARZA, Plaintiff in the above-entitled and numbered cause, hereby answers to Requests for Admission served on him by Judith Batson Sadler, attorney of record for Defendant, on the 12th day of March, 2002, as set forth in the Requests for Admission attached and incorporated herein as if fully copied and set forth at length.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
222 W. Harrison
P. O. Box 530160
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY:_____
RUBEN R. PEÑA
State Bar No. 15740900
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Answers to Requests for Admission have been forwarded by certified mail, return receipt requested, on this the _17_ day of April, 2002 to:

Judith Baston Sadler
Sadler & Sykes, L.L.P.
60 Briar Hollow, Suite 550E
Houston, Texas 77027

_____
RUBEN R. PEÑA

## REQUEST FOR ADMISSIONS TO JOSE LUIS GARZA

### REQUEST FOR ADMISSION NO.1:

Admit that plaintiff was provided with a copy of Anderson, Greenwood, & Co.'s employee policy manual(s) in effect for the year(s) he was employed by the company.

ANSWER: Deny, Plaintiff received one manual when hired, none thereafter.

### REQUEST FOR ADMISSION NO. 2:

Admit that during his employment with Anderson, Greenwood & Co., plaintiff violated one or more of Anderson, Greenwood & Co.'s employment policies.

ANSWER: Deny.

### REQUEST FOR ADMISSION NO. 3:

Admit that on July 13, 2001, plaintiff was involved in an accident at work while plaintiff was operating an overhead crane.

ANSWER: Admit.

### REQUEST FOR ADMISSION NO. 4:

Admit that plaintiff is alleging that he was wrongfully terminated because of his membership in a labor organization.

ANSWER: Admit.

### REQUEST FOR ADMISSION NO. 5:

Admit that plaintiff has not sought employment with any other company since his termination by defendant.

ANSWER: Deny.