/5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 24 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE LUIS GARZA | § § § |
| VS. | §   B-01-138 |
| ANDERSON, GREENWOOD & CO. | § § § |

## MOTION FOR NONSUIT

NOW COMES JOSE LUIS GARZA, Plaintiff in the above-styled and numbered cause, and makes this Motion For Non-Suit without Prejudice before trial in this case as to Defendant, ANDERSON, GREENWOOD & CO., for the reason that Plaintiff no longer desires to pursue any action against Defendant, ANDERSON, GREENWOOD & CO.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this case be dismissed without prejudice as to Defendant, ANDERSON, GREENWOOD & CO.

Respectfully submitted,

LAW OFFICES OF RUBEN R. PEÑA, P.C.
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone No.: (956) 412-8200
Facsimile No.: (956) 412-8282

BY: _____
RUBEN R. PEÑA
Texas State Bar No. 15740900

ATTORNEY FOR PLAINTIFF

RRP:nez
garza\joseluis\noticenonsuit

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a true and correct copy of the foregoing, MOTION FOR NON-SUIT AS TO DEFENDANT ANDERSON, GREENWOOD & CO., has this day been sent, by certified mail, return receipt requested, to:

    Judith Batson Sadler
    Sadler & Sykes, L.L.P.
    50 Briar Hollow, Suite 550E
    Houston, Texas 77027

Dated this 17th day of February.

                                                     RUBEN R. PEÑA

RRP:nez
garza\joseluis\noticenonsuit        2