IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LOUIS GARZA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL CASE NO. B-01-138 |
| | § | |
| ANDERSON, GREENWOOD & COMPANY | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on March 10, 2003, the Court, having granted summary judgment on all causes of action for Defendant, enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 11th day of March, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Court Judge

1